162 So.2d 10

**Robert HOLDER**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

No. 47127.

March 30, 1964.

In re: Robert Holder applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 159 So.2d 292.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

SANDERS, J., is of the opinion that the writ should be granted for error of law in rejecting proof by probabilities under the preponderance of evidence rule. See Perkins v. Texas & N. O. Railroad, 243 La. 829, 147 So.2d 646, and Naquin v. Marquette Casualty Co., 244 La. 569, 153 So.2d 395.